ACCEPTED
14-14-00680-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 3:16:28 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00680-CR

In the Court of Appeals for the Fourteenth District of Texas at Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 3:16:28 PM
CHRISTOPHER A. PRINE
Clerk

GUYLANN BARROW V. THE STATE OF TEXAS

On appeal from the 300th District Court of Brazoria County, Texas, No. 72928

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE COURT OF APPEALS: Guylann Barrow, appellant, files this Motion for Extension of Time to File Appellate Brief in this cause, and in support shows the following:

1. **Nature of Proceeding.** This appeal arises out of a proceeding in the District Court for the 300th Judicial District of Brazoria County, Texas.

2. **Deadline for Filing Appellant's Brief.** The deadline to file Appellant's Brief was November 17, 2014.

3. **Facts Relied Upon to Explain Need for Extension.** The original deadline for filing of Appellant's Brief was November 17, 2014. An extended deadline expired on January 26, 2015. Counsel for appellant has had three 1st degree felony trials since the beginning of the year, and has also been confronted with a deadline for a Petition for Discretionary Review to the Texas Court of Criminal Appeals. The request for delay is attributed to counsel's exceptionally busy trial schedule over the preceding weeks.

4. **Number of Previous Extensions Granted.** One (1) previous extension has been granted for Appellant in this case.

5. **Prayer.** WHEREFORE, appellant requests that this Court grant Appellant's motion for extension of time to file brief of 60 days.

Respectfully submitted,

/s/David Ryan
DAVID RYAN
SBN: 00786412
6161 Savoy Dr., Suite 1116
Houston, Texas 77036
(713)223-9898 FAX (713) 223-8448
Attorney for Appellee

## CERTIFICATE OF CONFERENCE

I, David Ryan, hereby certify that counsel for appellee was not opposed to Appellee's Motion for Extension of Time to File Appellate Brief as of February 2, 2015.

/s/David Ryan
DAVID RYAN

*Bridget Holloway*
*Assistant District Attorney Harris County, Texas 1201 Franklin, St., Suite 600*
*Houston, Texas 77002 (fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on all counsel of record, on February 2, 2015.

_____

DAVID M. RYAN